UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE DIAZ-PEREZ,<br><br>Petitioner,<br><br>v.<br><br>RIDHARD B. IVES, Warden;<br>BUREAU OF PRISONS,<br><br>Respondent. | NO. CV 13-221-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the petition as moot.

October 3, 2013.

DATED: _____     _____
                                                                    S. JAMES OTERO
                                                                    United States District Judge