UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS ENRIQUE DIAZ-PEREZ, | ) | No. CV 13-221-SJO (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| RICHARD B. IVES, Warden; BUREAU OF PRISONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed as moot.

DATED: October 3, 2013.

_____
S. JAMES OTERO
United States District Judge